# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ALEX NORRIS,

        Petitioner,    :    Case No. 3:18-cv-105

- vs -                            District Judge Walter Herbert Rice
                                     Magistrate Judge Michael R. Merz

JEFF NOBLE, Warden,
 Madison Correctional Institution

        Respondent.    :

## ORDER FOR ENTRY OF JUDGMENT

This habeas corpus case under 28 U.S.C. § 2254 was brought *pro se* by Petitioner Alex Norris on April 4, 2018 (ECF No. 3). On initial review under Habeas Rule 4, Magistrate Judge Merz recommended the Petition be dismissed with prejudice and notified Norris of his right to object within seventeen days of service (Report, ECF No. 4, PageID 43). Norris's time to object would therefore have expired April 23, 2018. Having received no objections within one week after the deadline, the Court adopted the Report but did not enter judgment. The same afternoon the Clerk received Petitioner's request, postmarked April 26, 2018, to extend his time to object to May 26, 2018 (ECF No. 6). After several additional filings, the Court rejected the Magistrate Judge's recommendation and granted Petitioner until July 18, 2018, to file objections on the merits (ECF No. 11). That time has now expired and no objections have been filed.

It is accordingly ORDERED that the Clerk enter judgment on the April 30, 2018, Order, dismissing this case with prejudice, denying Petitioner a certificate of appealability, certifying to

1

the Sixth Circuit that any appeal would be objectively frivolous and should not be permitted to proceed *in forma pauperis*, and terminating this case on the docket of this Court.

July 26, 2018.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Walter H. Rice
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge